(131 So. 923)

**Zellie McLEAN v. STATE.**

4 Div. 660.

Court of Appeals of Alabama.

Nov. 18, 1930.

Rehearing Denied Jan. 13, 1931.

W. H. Stoddard, of Luverne, for appellant
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of murder in the second degree. We have read this entire record, and, while we do not specifically write to each exception reserved by defendant, we have considered each of them, and, upon the whole record, conclude that the defendant has had a fair and impartial trial, free from prejudicial error.

The judgment is therefore affirmed.